UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                                )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>JAYDEANE F. ELL,                              )<br>                                                              )<br>            Defendant.                           )<br>_____ ) | Case No. CR03-0069RSL-JPD<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial appearance and hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 10, 2006. The United States was represented by Assistant United States Attorney Vince Lombardi, and the defendant by Mr. Peter Avenia. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Robbery in violation of 18 U.S.C. §§ 2111 and 1153. On or about May 24, 2002, defendant was sentenced by the Honorable Robert S. Lasnik to forty-one (41) months imprisonment to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed, but not limited to, were substance-abuse and mental-health treatment participation, consenting to search, shall not be self-employed or employed by friends, relatives, associates, or persons previously known to the defendant without approval by the United States Probation

Office, disclosure, and restitution.

In a Petition for Warrant or Summons dated April 7, 2006, and a Violation Report and Request For Warrant dated April 7, 2004, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant of the conditions of his supervised release:

(1)   Using marijuana on or before March 17, 2006, and March 20, 2006, in violation of standard condition No. 7.

(2)   Failing to report to the probation office on April 3, 2006, and April 6, 2006, in violation of standard condition No. 2.

(3)   Failing to report for drug testing on March 30, 2006, and April 4, 2006, in violation of the condition of supervision which requires the defendant to submit to substance-abuse testing in order to determine if he has reverted to the use of drugs.

The defendant was advised of the allegations and his rights.  He has admitted to the allegations, although stated that the use of controlled substances on violation 1 occurred prior to release, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1, 2, and 3, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations will be set before the Honorable Robert S. Lasnik at a date to be determined.

 Pending a final determination by the Court, the defendant has been detained.

DATED this 10th day of April, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:            Honorable Robert S. Lasnik
      AUSA:                      Mr. Lawrence Lincoln
      Defendant's attorney:      Mr. Peter Avenia
      Probation officer:         Mr. Steven R. Gregoryk