UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v

JAYDEANE F. ELL,

                Defendant.

NO.  CR03-69L

MINUTE ORDER

      The following Minute Order is made and entered on the docket at the direction of the

HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

      A disposition hearing has been scheduled for Monday, April 24, 2006 at 9:30 a.m., for the above

named defendant.

      DATED this 11th day of April, 2006.

s/Mary Duett *for*
by Kerry Simonds, Deputy Clerk
To Robert S.  Lasnik, Judge
206-370-8519

MINUTE ORDER