UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-0069RSL-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JAYDEANE F. ELL, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 29, 2006.  The United States was represented by Assistant United States Attorney Lisca Borichewski, and the defendant by Mr. Lee Covell.  The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Robbery in violation of 18 U.S.C. §§ 2111 and 1153. On or about August 21, 2003, defendant was sentenced by the Honorable Robert S. Lasnik to forty-one (41) months in prison to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed, but not limited to, were substance-abuse and mental-health treatment participation, consenting to search, financial disclosure, no possession of firearms, and 180 days in a Community Correction Center.

01       In a Petition for Warrant or Summons and a Violation Report, both dated August 18, 2006, U.S. Probation Officer Steven R. Gregoryk asserted the following violation by defendant of the conditions of his supervised release:

04       (1)    Failing to participate in a community corrections center program for a period of 180 days or until discharged by the center director with the approval of the probation officer.

06       The defendant was advised of the allegation and his rights, admitted to the allegation, and waived any rights to an evidentiary hearing as to whether it occurred.

08       I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on December 12, 2006, at 2:45 p.m.

12       Pending a final determination by the Court, the defendant has been detained.

13       DATED this 29th day of November, 2006.

_JAMES P. DONOHUE (signature)_

JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:          Honorable Robert S. Lasnik
       AUSA:                  Ms. Lisca Borichewski
       Defendant's attorney:   Mr. Lee Covell
       Probation officer:      Mr. Steven R. Gregoryk